UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

CLIFTON J. PAPPION          CIVIL ACTION NO. 19-1098
   VERSUS                        JUDGE
PHILLIPS 66 COMPANY         MAGISTRATE JUDGE

COMPLAINT FOR DAMAGES
WITH DEMAND FOR JURY TRIAL

Plaintiff, CLIFTON J. PAPPION, sets forth claims for relief as follows:

1.

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42USC§2000 et seq. Jurisdiction of this court is invoked pursuant to 42USC§2000 e-5f and 28 USC §1343 (A) (1), and (4); and 28USC 1367.

2.

Plaintiff, CLIFTON J. PAPPION, was a resident of the Western District of Louisiana, and was employed by Defendant as a Top Operator at all relevant times referred to herein.

3.

Defendant, PHILLIPS 66 COMPANY., is a foreign corporation doing business in the Western District of Louisiana; and is an employer as defined in 42USC§2000e-(b), engaged in an industry affecting commerce and employing more than 15 persons.

4.

Unlawful employment practices alleged herein were committed by the agents of the Defendant in the Western District.

5.

Plaintiff filed a charge with the Equal Employment Opportunity Commission

(EEOC), alleging discrimination based on race and retaliation. The charge was filed in June 24, 2019.

6.

The EEOC notified Plaintiff by letter dated July 2, 2019 that he was entitled to initiate a civil action in the United States District Court as provided in 42 USC§2000 e-5 (e) and (f). See Ex. A.

7.

Plaintiff filed an earlier complaint with EEOC on April 11, 2013, complaining that his seniority was improperly reduced, leading to a demotion and disqualification for promotion to Shift Team Lead breaker (STL) within Defendant Company.

8.

Despite an adjustment to his seniority status, Plaintiff has been denied promotions since that time, with persons having less experience being promoted over him.

9.

On November 12, 2018, Plaintiff was again denied a promotion to STL to a white male having less experience.

10.

Plaintiff shows that there are no persons of is race holding the position of STL with the company at his work site, with preferences given to friends of co-workers.

11.

Plaintiff shows that the attitudes of his supervisors and managers is more distant since he filed his original EEOC complaint, and part of the reason for his non-selection

for promotion is in retaliation for asserting his federally protected rights.

12.

Defendant has engaged in unlawful employment practices by discriminating against Plaintiff because of his race by denying him equal rights in the terms and conditions of employment that are afforded white employees.

13.

Defendant is in violation of 42 USC§2000e and R.S. 23: 332 for failing to provide Plaintiff with equal terms and conditions in employment because of his race .

14.

The retaliatory acts of Defendant because of Plaintiff's assertion of federally protected rights are in violation of Title VII of the Civil Rights Act of 1964, 42USC§2000 et seq.

15.

 As a result of Defendant's violation of the law, Plaintiff has suffered lost wages and benefits; anxiety, and emotional distress; and seeks compensatory and punitive damages, plus interest; including reasonable attorney fees; and all costs of prosecution of this claim.

16.

Plaintiff demands a trial by Jury.


WHEREFORE, Plaintiff prays that this court:

A)      Order Defendant by mandatory injunction to enjoin from engaging in the above

unlawful employment practices and take such affirmative actions as are necessary to assure that the effects of said violations are eliminated;

B)   Order Defendant to compensate Plaintiff with lost wages and compensatory and punitive damages for the losses he sustained by reason of its violations;

C)   Order Defendant to pay Plaintiff's costs in this action, including reasonable attorney fees; and

(D)   Order all general and equitable relief as the Court deems necessary or proper.

_____/s/Dianne Hill____
DIANNE HILL (14992)
ATTORNEY AT LAW
1401 HUDSON LANE STE 137
MONROE, LA 71201
(318) 325-6398

Service:
   PHILLIPS 66 COMPANY.
   Through its agent for service
   CORPORATION SERVICE COMPANY
   501 LOUISIANA AVENUE
   BATON ROUGE, LA 70802