**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | |
|---|---|
| **CLIFTON J. PAPPION** | **CIVIL ACTION No. 19-1098** |
| **v.** | **JUDGE JAMES D. CAIN, JR.** |
| **PHILLIPS 66 COMPANY** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## <u>PHILLIPS 66 COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Phillips 66 Company files this corporate disclosure statement.  Phillips 66 Company is a wholly owned subsidiary of Phillips 66.  At this time, no one stockholder owns ten percent (10%) or more of Phillips 66.

Respectfully submitted:

*/s/ Scott D. Huffstetler*
Scott D. Huffstetler, (#28615)(T.A.)
scott.huffstetler@keanmiller.com
Chelsea Gomez Caswell, (#35147)
chelsea.caswell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

***Attorneys for Phillips 66 Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of

Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation

of the Court's electronic filing system:

Dianne Hill
d9hill@yahoo.com
1401 Hudson Lane, Suite 137
Monroe, LA  71201

Baton Rouge, Louisiana this 25th day of October, 2019.

_____/s/Scott D. Huffstetler_____
Scott D. Huffstetler

20219259_1