**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CLIFTON J PAPPION** | **CASE NO. 2:19-CV-01098** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PHILLIPS 66 CO** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Pursuant to the Memorandum Order of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Review of Costs filed by Plaintiff is **DENIED** and Defendant, Phillips 66 Co is awarded costs in its favor and against Plaintiff, Clifton J. Pappion for the total amount of $7,267.99 (SEVEN THOUSAND TWO HUNDRED SIXTY-SEVEN DOLLARS AND NINETY-NINE CENTS).

**THUS DONE AND SIGNED** in chambers on this 5th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**